## Heather Andrews MCGEE, Laketha D. Wilson, Plaintiffs-Appellants,

v.

## BANK OF AMERICA, N.A., Defendant-Appellee.

### No. 15-13855
### Non-Argument Calendar

United States Court of Appeals, Eleventh Circuit.

Filed (January 18, 2017)

Bryan Scott Gowdy, Creed & Gowdy, Jacksonville, FL, John R. Hargrove, Hargrove Pierson & Brown PA, Boca Raton, FL, Kristin D. Figueroa-Contreras, Negri Torres & Figueroa-Contreras, Miami, FL, Michael Aaron Hersh, Cristina Maria Pierson, John J. Uustal, Kelley Uustal, PLC, Fort Lauderdale, FL, Osvaldo A. Raponi, Raponi & Urtubey Abogados, Caba, Buenos Aires, Argentine, for Plaintiffs-Appellants

Matthew W. Close, O'Melveny & Myers, LLP, Los Angeles, CA, Brian D. Boyle, Jonathan D. Hacker, O'Melveny & Myers, LLP, Washington, DC, Andrew Kemp-Gerstel, Junaid Savani, Liebler Gonzalez & Portuondo, Miami, FL, Elizabeth Lemond McKeen, Danielle Oakley, O'Melveny & Myers, LLP, Newport Beach, CA

Before MARCUS and WILLIAM PRYOR, Circuit Judges, and DAVIS,* District Judge.

PER CURIAM:

The issue in this appeal is whether the extended charge that Bank of America assesses on its deposit accounts constitutes "interest" for purposes of the National Bank Act, 12 U.S.C. §§ 85–86. The plaintiffs concede that, under our decision in *Video Trax, Inc. v. Nationsbank, N.A.*, 205 F.3d 1358 (11th Cir. 2000), the extended charge is not interest. The plaintiffs brought this appeal because they want to petition the en banc Court to overrule *Video Trax*, a petition they are free to file within 21 days of our opinion, *see* 11th Cir. R. 35–2. The plaintiffs also argue that the district court should have allowed them to proceed to discovery before dismissing

---

* Honorable Brian J. Davis, United States District Judge for the Middle District of Florida, sitting by designation.

their complaint, but that argument fails because their complaint fails to state a claim as a matter of law.

We **AFFIRM** the dismissal of the complaint. We **DENY AS MOOT** the appellants' motion to dismiss the appeal.